| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Chris Carson, Esq., SBN 280048 |
| 2 | Phyl Grace, Esq., SBN 171771 |
| | Dennis Price, Esq., SBN 279082 |
| 3 | <u>Mail</u>: PO Box 262490 |
| | San Diego, CA 92196-2490 |
| 4 | <u>Delivery</u>: 9845 Erma Road, Suite 300 |
| | San Diego, CA 92131 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| | phylg@potterhandy.com |
| 6 | Attorneys for Plaintiff |

Leonard P. Mastromonaco (SB No. 103859)
e-mail: len@mastrolawgroup.com
Mastromonaco Real Property Law Group
336 Bon Air Center, #487
Greenbrae, CA 94904
Telephone: (415) 956-4030
Facsimile: (415) 732-7555
Attorney for Defendants
Martin F. Labagh and Donna M. Labagh

**GRANTED.** The Clerk shall close the file.

**DATED: 3/27/2019**

*[Stamp: GRANTED — Judge Thomas S. Hixson — United States District Court, Northern District of California]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No.: 3:18-CV-05601-TSH |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO** |
| v. | **F.R.C.P. 41 (a)(1)(A)(ii)** |
| MARTIN F. LABAGH; DONNA M. LABAGH; JOSEPH P. CHANG; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 27, 2019  CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: May 6, 2019  MASTROMONACO REAL PROPERTY LAW GROUP

By: /s/ Leonard P. Mastromonaco
Leonard P. Mastromonaco
Attorney for Defendants
Martin F. Labagh and Donna M. Labagh

**SIGNATURE CERTIFICATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 27, 2019  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated:  MASTROMONACO REAL PROPERTY LAW GROUP

By: _____
    Leonard P. Mastromonaco
    Attorney for Defendants
    Martin F. Labagh and Donna M. Labagh

# PROOF OF SERVICE

# LOVE V. LALBAGH
3:18-CV-05601-TSH

I, the undersigned, am over the age of eighteen years and I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On March 27, 2019 I served the following document(s):

- **JOINT STIPULATION FOR DISMISSAL**

Addressed to:

> Leonard Peter Mastromonaco
> 336 Bon Air Center, #487
> Greenbrae, CA 94904

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be emailed to the recipient(s).

Executed on March 27, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Akanksha Sirohi*

Akanksha Sirohi

PROOF OF SERVICE